# IN THE COURT OF APPEALS OF IOWA

No. 22-2072
Filed January 23, 2025

**CHAD MICHAEL VICE,**
    Plaintiff-Appellant,

**vs.**

**STATE OF IOWA and JANA HACKER,**
    Defendants-Appellees.
_____

Appeal from the Iowa District Court for Webster County, Adria Kester, Judge.

The plaintiff appeals the dismissal of his civil suit for lack of service. **APPEAL DISMISSED.**

Chad Michael Vice, Fort Madison, self-represented appellant.

Brenna Bird, Attorney General, and H. Loraine Wallace, Assistant Attorney General, for appellees.

Considered by Greer, P.J., and Buller and Langholz, JJ.

**GREER, Presiding Judge.**

Chad Vice, an inmate committed to the custody of the Iowa Department of Corrections, filed pleadings against the State and Jana Hacker seeking a declaratory judgment. The defendants were never served. In July 2022—about four months after Vice's initial filing—the district court issued an order noting "that there [were] no returns of service or acceptances of service on file." It warned that if neither proof of service nor a request for an extension of time were filed within thirty days, the action would be dismissed. Then, in November, the district court dismissed without prejudice for lack of service. *See* Iowa R. Civ. P. 1.302(5). Vice filed a notice of appeal in the district court to challenge the dismissal, but not until January 9, 2023.

"A notice of appeal must be filed within 30 days after the filing of the final order or judgment." Iowa R. App. P. 6.101(1)(b) (2022). "[A] failure to file a timely notice of appeal leaves us without subject matter jurisdiction to hear the appeal." *Baur v. Baur Farms, Inc.*, 832 N.W.2d 663, 668 (Iowa 2013). "An appeal taken after the deadline must normally be dismissed." *Concerned Citizens of Se. Polk Sch. Dist. v. City Dev. Bd.*, 872 N.W.2d 399, 402 (Iowa 2015) (noting the rules "governing the time for appeal are mandatory and jurisdictional" (cleaned up)). "It is our duty to refuse to entertain an appeal not authorized by our rules." *Id.* at 405.

Because Vice's late appeal deprives us of jurisdiction, we dismiss.[1]

**APPEAL DISMISSED.**

---

[1] The State asks us to impose a penalty against Vice under Iowa Code section 610A.3 (2022). As the district court's dismissal of Vice's action was not predicated on section 610A.2 and we lack jurisdiction over this attempted appeal, we do not impose sanctions.